**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                       Case No. _____

**DELGADO SAN MIGUEL, ANGEL D**                    Chapter **13**
                  Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/14/2013**                              ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,200.00** x **60** = $ **72,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **72,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **72,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ ANGEL D DELGADO SAN MIGUEL**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**         Cr. **BBVA**         Cr. _____
# **071010019013849**    # **08-6446008**    # _____
$ **8,641.52**    $ **2,289.48**    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ASOC PROPIETARIO** Cr. **ASOC RESIDENTES** Cr. _____
# **APART 301**    # **260-004**    # _____
$ **856.77**    $ **1,367.00**    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BBVA**         **BPPR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
- ATTORNEY FEES WILL BE PAID BEFORE TAXES AND CREDITORS.

- ADVERSARY PROCEEDING TO BE FILED TO AVOID JUDICAL LIEN CREATED BY CIVIL CASE #DCD2009-1926 IN FAVOR OF ASSOCIATES INTERNATIONAL HOLDINGS d/b/a GENERAL ELECTRIC CAPITAL, CORP OF PR

Attorney for Debtor **Luis J. Cuevas-Fontan**          Phone: **(787) 235-4160**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **DELGADO SAN MIGUEL, ANGEL D** Case No. _____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

| Cr | # | $ |
|---|---|---|

**Executory Contracts - Assumed:**     **HECTOR PABON**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only