## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **ANGEL D DELGADO SAN MIGUEL** <br><br> **DEBTOR(S)** | **CASE NUMBER:** 13-06624 MCF <br><br> **CHAPTER 13** |

## PROPOSED AMENDMENT TO CHAPTER 13 PLAN

**TO THE HONORABLE COURT**:

    **COME(S) NOW DEBTOR**(S), represented by the undersigned counsel and very respectfully **ALLEGE(S)** and **PRAY(S)** as follows:

1. Debtor(s) intend(s) to amend the Chapter 13 Plan for the following reason:

   *-TO SURRENDER PROPERTY LOCATED AT CHALETS DE LA PLAYA*
   *-TO INCLUDE PROVISIONS FOR LIFT OF IN-REM STAY*
   *-TO INCREASE THE BASE*

    **WHEREFORE**, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

    **IN SAN JUAN, PUERTO RICO**, this 11th day of November of 2013.

    **I HEREBY CERTIFY**: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to United States Trustee, Mr. Jose R Carrion, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non-CM/ECF participant interested parties to their address listed on the master address list.

    /s/LUIS J CUEVAS FONTAN
**ATTORNEY FOR DEBTOR**
**USDC PR 226806**
P.O. Box 195143
San Juan, Puerto Rico 00919-5143
Tel (787) 235-4160
Fax (787) 998-0168
ljcuevasesq@yahoo.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **3:13-bk-6624**

**DELGADO SAN MIGUEL, ANGEL D** Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____ ☑ AMENDED PLAN DATED: **11/11/2013**
☐ PRE ☐ POST-CONFIRMATION   Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,200.00** x **3** = $ **3,600.00**
$ **1,595.00** x **57** = $ **90,915.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **94,515.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **94,515.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR** Cr. _____ Cr. _____
# **071010019013849** # _____ # _____
$ **8,641.52** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ASOC RESIDENTES** Cr. _____ Cr. _____
# **260-004** # _____ # _____
$ **1,367.00** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BBVA**   **ICON PROPERTY M**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BPPR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Signed: **/s/ ANGEL D DELGADO SAN MIGUEL**
Debtor

_____
Joint Debtor

Attorney for Debtor **Luis J. Cuevas-Fontan** Phone: **(787) 235-4160**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **DELGADO SAN MIGUEL, ANGEL D**     Case No. **3:13-bk-6624**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | **HECTOR PABON** | | |

IN RE **DELGADO SAN MIGUEL, ANGEL D** Case No. **3:13-bk-6624**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

**- ATTORNEY FEES WILL BE PAID BEFORE TAXES AND CREDITORS.**

**- ADVERSARY PROCEEDING TO BE FILED TO AVOID JUDICAL LIEN CREATED BY CIVIL CASE #DCD2009-1926 IN FAVOR OF ASSOCIATES INTERNATIONAL HOLDINGS d/b/a GENERAL ELECTRIC CAPITAL, CORP OF PR**

**- ANY POST-PETITION INCOME TAX REFUND THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER THE PLAN SHALL BE DEEMED MODIFIED BY INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.**

**- DEBTOR AGREES TO LIFT THE IN-REM STAY IN FAVOR OF BBVA FOR THE MORTGAGE ON PROPERTY LOCATED AT CHALETS DE LA PLAYA, APT 301, VEGA BAJA, PR #08-64446008.**

**- DEBTOR AGREES TO LIFT THE IN-REM STAY IN FAVOR OF ASOC DE PROPIETARIOS CHALETS DE LA PLAYA FOR THE MAINTENANCE FEES OWED BY APT. 301**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**ANGEL D DELGADO SAN MIGUEL**<br><br>**DEBTOR** | **CASE NUMBER: 13-06624 MCF**<br><br>**CHAPTER 13** |

### NOTICE OF FILING AMENDED PLAN

TO ALL THE CREDITORS LISTED ON THE ATTACHED MASTER ADDRESS LIST

NOTICE IS HEREBY GIVEN THAT DEBTOR(S) FILED THE
ATTACHED PROPOSED AMENDED PLAN ON November 11, 2013

PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY-ONE (21) DAYS

TO REJECT A PROPOSED AMENDED PLAN AND REQUEST A HEARING.

ABSENT GOOD CAUSE, UNTIMELY REJECTIONS SHALL BE DENIED.

### CERTIFICATE OF SERVICE

IS HEREBY CERTIFY THAT THE PARTIES SERVED ARE THOSE MENTIONED

ON THE ATTACHED MASTER ADDRESS LIST.

IN SAN JUAN, PUERTO RICO, this 11th day of November of 2013.

/s/LUIS J CUEVAS FONTAN
**Attorney for Debtor**
**USDC PR 226806**
P.O. Box 195143
San Juan, Puerto Rico 00919-5143
Tel (787)235-4160
Fax (787)998-0168
ljcuevasesq@yahoo.com

DELGADO SAN MIGUEL, ANGEL D
ESTANCIAS DE TORTUGUERO
#4 TAINO ST
VEGA BAJA, PR 00693

CITI CARDS
PO BOX 182564
COLUMBUS, OH 43218-2564

Luis J. Cuevas-Fontan
PO Box 195143
San Juan, PR 00919-5143

HECTOR PABON
CHALLET DE LA PLAYA
APT 301
VEGA BAJA, PR 00693

ANTONIO GACIA SOTO
APARTADO 10165
SANTURCE, PR 00908

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ASOC PROPIETARIOS CHALLET DE LA
PLAYA
PO BOX 4960
PMB 253
CAGUAS, PR 00726-4960

JUAN BURGOS ROSADO
PARCELAS MARQUEZ
MANATI, PR 00674

ASOC RESIDENTES ESTANCIAS DE
TORTUGUERO
PREFERRED HOME SERVICES
PO BOX 4069
BAYAMON, PR 00958-1069

ASSOCIATES INTERNATIONAL HOLDINGS
CORP
d/b/a GE CAPITAL, CORP OF PR
APARTADO 11902
CAPARRA HEIGHTS, PR 00922

BBVA
PO BOX 364745
SAN JUAN, PR 00936-4745

BPPR
PO BOX 71375
SAN JUAN, PR 00936-7077

BPPR
PO BOX 71735
SAN JUAN, PR 00936-7077

CINTRON FLORES LAW OFFICE
PO BOX 3736
BAYAMON, PR 00958-0734