# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID DELGADO SAN MIGUEL

                                           CASE NUMBER: 13-06624 (MCF)

    DEBTOR

BANCO POPULAR DE PUERTO RICO
AS SERVICING AGENT FOR
BANCO BILBAO VIZCAYA ARGENTARIA PR
NOW ORIENTAL BANK

    MOVANT                           CHAPTER   : 13

    VS.

ANGEL DAVID DELGADO SAN MIGUEL
US CHAPTER (13) TRUSTEE           INDEX     :
JOSE RAMON CARRION MORALES

    RESPONDENT

## MOTION FOR RELIEF OF STAY UNDER 11 USC SECTION 362

**TO THE HONORABLE COURT:**

    **THIS MOTION** is filed on behalf of secured creditor BANCO POPULAR

DE PUERTO RICO AS SERVICING AGENT FOR BANCO BILBAO

VIZCAYA ARGENTARIA PR NOW ORIENTAL BANK, appearing through the

undersigned attorneys **Montañez & Alicea Law Offices**:

    Movant requests this Honorable Court to relief the automatic stay in this

case pursuant to Sections 362 (e) of the Bankruptcy Code and Federal Rule of

Bankruptcy Procedure 4001 (a) and Local Bankruptcy Rule 9014.

The facts to sustain movant's request are herein stated:

1. Movant is the holder of a valid secured claim in the amount of $243,000.00, as evidenced by a mortgage note dated June 30, 2005. (Copy is herein attached as Exhibit A).

2. Movant has a valid security interest in the property described in the mortgage deed dated June 30, 2005, located at Chalets de la Playa, Apt. #301, Vega Baja, PR. (See attached Title Search, Exhibit B).

3. Movant has not received and has not been offered adequate protection for its interest in the property. Moreover, no post petition payments have been effected on the registered mortgage loan for the several months.

4. The aforementioned loan has been in default for several months and the arrears amount to $3,941.44, including attorney fees, late charges and expenses.

5. The successive itemized statement of this loan was furnished by Banco Popular de Puerto Rico as servicing agent for Banco Bilbao Vizcaya Argentaria now Oriental Bank and is herein incorporated as Exhibit C.

a. Principal----------------------------------------------$226,274.93
b. Post petition arrears---------------------------------  3,415.44
c. Attorney Fees and Costs--------------------------     526.00

**TOTAL AMOUNT DUE------------------$230,216.37**

6. Debtor's failure to comply with the installments due on the mortgage is an unreasonable delay which is prejudicial to creditor and is sufficient **cause** to

entitle Banco Popular de Puerto Rico as servicing agent for Banco Bilbao Vizcaya Argentaria PR now Oriental Bank to relief from the automatic stay.

7.  Debtor´s proposed Chapter 13 plan provides for direct post-petition payments to secured creditor Banco Popular de Puerto Rico as servicing agent for Banco Bilbao Vizcaya Argentaria PR now Oriental Bank.

8.  However, debtors have failed to comply with the terms of the proposed plan.

9.  In this case scenario, debtor has failed to disburse post petition payments to the secured creditor for several months.  Debtor's default warrants relief from stay pursuant to this Courts' definition of cause (Section 362 (d)(1)) as stated at In the matter of Sierra, 73 BR 372.

10.  Debtor has failed to provide adequate protection to this secured creditor omitting the payments for the regular installments and to cure arrears within reasonable time, ll U.S.C., 361.

11. The Chapter 13 will be summoned in his official capacity.

**WHEREFORE,** Banco Popular de Puerto Rico as servicing agent for Banco Bilbao Vizcaya Argentaria PR now Oriental Bank prays to this Honorable Court to grant the relief from the automatic stay so as to permit movant to commence the foreclosure proceedings in the State Court.

**CERTIFICATE OF SERVICE:**  I hereby certify that a true and correct copy of this Motion and all attachments hereto have been mailed to debtor **Angel David Delgado San Miguel,** Estancias de Tortuguero, Núm. 4, Taíno St., Vega Baja, Puerto Rico 00693; to debtor's attorney **Luis J. Cuevas Fontán, Esq.,** PO Box 195143, San Juan, Puerto Rico 00919-5143, and to the Standing US Chapter Thirteen (13) Trustee, **José Ramón Carrión Morales,** PO Box 9023884, San Juan, Puerto Rico 00902-3884, by certified mail, with return receipt.

In San Juan, Puerto Rico, this 24th days of January, 2014.

**MONTAÑEZ & ALICEA LAW OFFICES**
500 MUÑOZ RIVERA AVENUE
EL CENTRO I, SUITE 211-214, HATO REY, P.R. 00918
TELEPHONE:  (787)756-6600 - FAX:  (787)756-6829
quiebra@prw.net

/s/ María S. Jiménez Meléndez
**MARIA S. JIMÉNEZ MELÉNDEZ**
USDC-PR 206104

## STATEMENT OF ACCOUNT

| DEBTOR: | Angel D. Delgado SaN Miguel | | BPPR NUM: | **8811** |
|---|---|---|---|---|
| BANKRUPTCY NUM: | 13-06624MCF | | FILING DATE: | 08/14/13 |

### SECURED LIEN ON REAL PROPERTY

| | | | | |
|---|---|---|---|---|
| Principal Balance as of | 09/01/13 | | | 226,274.93 |
| Accrued Interest from | 08/01/13 | to | 08/14/13 | 314.59 |
| Interest: 3.850% | Accrued num. of days: 13 | Per Diem: 24.198847 | | |

**Monthly payment to escrow**

| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
|---|---|---|---|---|---|---|
| A&H | $0.00 | Life | $0.00 | | | |
| **Total montly escrow** | | | $0.00 | Months in arrears -1 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 529.62 |

**Advances Under Loan Contract:**

| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 50.00 |
|---|---|---|---|---|---|---|---|
| Other | $0.00 | | | | | | |
| Legal Fees: | | | | | | | 75.00 |
| Total amount owed as of | | 08/14/13 | | | | | 227,244.14 |

### AMOUNT IN ARREARS

| PRE-PETTITION AMOUNT: | | | | |
|---|---|---|---|---|
| 2 | payments of | $1,057.00 | each one | 2,114.00 |
| | acummulated lated charges | | | 285.18 |

**Advances Under Loan Contract:**

| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 50.00 |
|---|---|---|---|---|---|---|---|
| Other | $0.00 | | | | | | |
| Legal Fees | | | | | | | 75.00 |
| | | | | | A = TOTAL PRE-PETITION AMOUNT | | 2,524.18 |

| POST-PETTITION AMOUNT: | | | | |
|---|---|---|---|---|
| 3 | payments of | $1,057.00 | each one | 3,171.00 |
| | Late Charge | | | 244.44 |
| | | | B = TOTAL POST-PETITION AMOUNT | 3,415.44 |
| | | | A + B = TOTAL AMOUNT IN ARREARS | 5,939.62 |

### OTHER INFORMATION

| Next pymt due | 09/01/13 | Interest rate | 3.850% | P & I | $814.85 | Monthly late charge | $40.74 |
|---|---|---|---|---|---|---|---|
| Investor | ORIENTAL BANK & TRUST | Property address | CHALETS DE LA PLAYA APT. 301 VEGA BAJA PR 00694 | | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

BANCO POPULAR DE PUERTO RICO

01/14/14
DATE

SACCTFHA   Gerardo Caceres

## NOTE
## PAGARÉ

US $243,000.00

San Juan, Puerto Rico
City - (Ciudad)

**JUNE 30,2005**
Date - (Fecha)

—FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay BANCO BILBAO VIZCAYA
—POR VALOR RECIBIDO, el (los) suscribiente (s) ("Deudor") promete (n) pagar a —————————————

ARGENTARIA PUERTO RICO, or its order, the principal sum of ————————————————
—————————, o a su orden, la suma de —————————————————————

TWO HUNDRED FOURTY THREE THOUSAND DOLLARS($243,000.00) ————————————

with interest on the unpaid balance from the date of this Note, until paid, at the rate of ————————————
Dólares , con intereses  sobre el balance insoluto de principal desde la fecha de este Pagaré hasta su pago a razón del ——————

SIX per cent ————————————————( 6.00 %) per annum. Principal and interest shall be payable at
———————————————por ciento anual.  El principal e intereses serán pagaderos en —

San Juan, Puerto Rico —————————————————————————————

or such  other place as  the Note Holder may designate  in writing, in consecutive  monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de ——————

ONE THOUSAND FOUR HUNDRED FIFTY SIX DOLLARS AND NINETY ONE CENTS (US $,1456.91) -
————————————————————————Dólares (US$———)

on the first (1st) day of each month beginning on  AUGUST 2005  - - - - - - - - - - - - - - - - - - - - - -
en el primer (1er) día de cada mes comenzando en ————————————————————————

until the  entire  indebtedness  evidenced  hereby  is  fully  paid, except  that  any  remaining  indebtedness, if  not
hasta que se pague totalmente la deuda evidenciada por el presente, si no antes pagada, quedará vencida y pagadera en —————

sooner paid, shall be due and payable on the first (1st) day of  JULY 2035  - - - - - - - - - - - - - - - - - - -

—If any monthly installment under this Note is not paid when due and remains unpaid after a date specified by
—Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha especificada en la notificación al

a notice to Borrower, the entire principal amount outstanding and accrued interest thereon shall at once become
Deudor, la suma total del principal pendiente de pago e intereses acumulados sobre la misma quedarán inmediatamente vencidos y pagaderos a —————

due and payable at the option of the  Note Holder hereof.  The date specified shall not be less than  thirty  days
opción del tenedor de este Pagaré.  La fecha especificada no será anterior a treinta días a partir de la fecha de envío por correo de dicha notificación. —

from the date such notice is mailed.  The Note Holder may exercise this option to accelerate during any default -
El tenedor de este Pagaré podrá ejercitar esta opción de aceleración durante  cualquier incumplimiento del Deudor, no empece cualquier indulgencia-

by Borrower regardless of any prior forbearance.  If suit is brought to collect this Note, the Note Holder shall be
de morosidad anterior.  De radicarse procedimiento judicial para el cobro de este Pagaré el tenedor de este Pagaré tendrá derecho a cobrar en dicho—

entitled to collect in such proceeding the agreed and liquidated amount of ten percent (10%) of the original———
procedimiento la suma pactada y líquida de diez por ciento de la suma original de principal del presente para cubrir las costas y gastos de dicho———

principal amount hereof to cover cost and expenses of suit, including but not limited to, attorney's fees.————
procedimiento, incluyendo, sin implicar limitación, honorarios de abogado.———

—Borrower shall pay to the Note Holder a late charge of FIVE per cent (5%) of any monthly installment ———
—El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de CINCO por ciento (5%) de cualquier plazo mensual que no ———

not received by the Note Holder within fifteen (15) days after the installment is due. ————————
sea recibido por el tenedor de este Pagaré dentro de quince (15) días después de la fecha de vencimiento de dicho plazo. ————

Borrower may repay the principal amount outstanding in whole or part. The Note Holder may require that any ——
El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto del principal. El tenedor de este Pagaré podrá requerir que ——

partial payments (i) be made on the date monthly installments are due and (ii) be in the amount of that part of ——
cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos mensuales y (ii) sean en la cuantía de aquella parte de uno o más plazos

one or more monthly installments which would be applicable to principal. Any partial prepayment shall be ——
mensuales que sería aplicable a principal. Cualquier pago parcial por anticipado será aplicado contra el principal insoluto y no pospondrá la fecha de

applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly ——
vencimiento de cualquier plazo mensual subsiguiente ni cambiará el monto de dichos plazos, a menos que el tenedor de este Pagaré acuerde lo ——

installments or change the amount of such installments, unless the Note Holder shall otherwise agree in writing.
contrario por escrito. Si, dentro de cinco (5) años desde la fecha de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier ——

If within five years from the date of this Note, the undersigned makes any prepayments in any twelve month ——
periodo de doce meses comenzando con la fecha de este Pagaré o la de sus aniversarios ("un año del préstamo") con dineros prestados a los ——

period beginning with the date of this note or anniversary dates thereof ("loan year") with money lent to the ——
suscribientes por un prestador que no sea el tenedor del presente (a) durante el primer año del préstamo tres por ciento (3%) de la cuantía prepagada,

undersigned by a lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during the ——
(b) durante el segundo y tercer años del préstamo dos por ciento (2%) de la cuantía prepagada, y (c) durante el cuarto y quinto año del préstamo un——

first loan year three per cent (3%) of the prepaid amount, (b) during the second and third loan years two percent
por ciento (1%) de la cantidad prepagada.

(2%) of the prepaid amount, and (c) during the fourth and fifth loan year one per cent (1%) of the prepaid ————
amount. ————————————————————————————————

The above prepayment penalty will not be enforced if this Note is sold by the holder hereof to The Federal ——
La anterior penalidad por prepago no podrá ser ejercitada si este Pagaré es vendido por el tenedor de este Pagaré a la "Federal Home Loan Mortgage

Home Loan Mortgage Corporation (FREDDIE-MAC), or the Federal National Mortgage Association ——————
Corporation" (FREDDIE-MAC) o a la "Federal National Mortgage Association" (FANNIE-MAE). ————————————

(FANNIE-MAE). ——————————————————————————————————

——Presentment, notice of dishonor, and protest are hereby waived by all makers, sureties, guarantors and ————
—— Por la presente se renuncian a los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes, fiadores, garantizadores y ——

endorsers hereof. This Note shall be the joint and several obligation of all makers, sureties, guarantors and ——
endosantes del presente. Este Pagaré constituye la obligación solidaria de todos sus otorgantes, fiadores, garantizadores y endosantes y les obliga ——

endorsers, and shall be binding upon them and their heirs, personal representatives, successors and assigns. ——
así como a sus herederos, representantes personales, sucesores y cesionarios. ————————————————————

——Any notice to Borrower provided for in this Note shall be given by mailing such notice by certified mail ————
—— Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por correo certificado dirigida al Deudor a la Dirección de la ——

addressed to Borrower at the Property Address stated below, or to such other address as Borrower may ————
Propiedad que abajo se indica, o a cualquier otra dirección que el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier ——

designate by notice to the Note Holder hereof. Any notice to the Note Holder shall be given by mailing such ——
notificación al tenedor de este Pagaré deberá ser enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección indicada-

notice by certified mail, return receipt requested, to the Note Holder hereof at the address stated in the first ——
en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación al Deudor. ——————————

paragraph of this Note, or at such other address as may have been designated by notice to Borrower. ——————

——The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith, on the ——
—— La deuda evidenciada por este Pagaré esta garantizada por una Hipoteca, de fecha igual a la del presente, sobre propiedad según indicada en la ——

property as indicated in Deed number =119————————before the subscribing Notary.————————
Escritura número ———————                              ———ante el notario suscribiente.———————

_____
ANGEL DAVID DELGADO SAN MIGUEL

_____
SALLY GARCIA MARTIENZ t/c/c

SALLY DE GRACIA MARTINEZ

Property Address
Dirección de la Propiedad

(Execute Original Only)
(Otórguese en Original solamente)

CHALETS DE LA PLAYA
APTO 301
VEGA BAJA, PR  00694

Affidavit Number:  -2,644————

   Sworn to and subscribed before me by the above signatories (y), who are (is) of the personal
circumstances stated in the above referenced deed and personally known to me, at the place and on the date
stated above.————————————————————————————————————

NOTARY
NOTARIO

"En virtud de la fusión entre Oriental Bank and Trust y
Banco Bilbao Vizcaya Argentaria Puerto Rico, donde las
Banco Bilbao Vizcaya Argentaria Puerto Rico habrá de
leer Oriental Bank and Trust para todos los propósitos
contenidos en este documento."

—En la misma fecha de su otorgamiento expedí Primera Copia Certificada a petición de El Prestador. Doy Fe.—

NOTARIO

NUMBER: ONE HUNDRED NINETEEN (119)————————————
NUMERO: CIENTO DIECINUEVE (119)——————————————

## ————— FIRST MORTGAGE —————
### ———— PRIMERA HIPOTECA ————

———In the City of  San Juan———————————Puerto Rico, —
—— En la Ciudad de ————————————————Puerto Rico, —

this thirtieth (30th)——day of  June——————————
hoy día  _____de _____

Two Thousand Five (2005)——————————————
————————————————————————

——————————— BEFORE ME ———————————
——————————— ANTE MI ————————————

——— JOSE GARCIA NOYA——————————, a Notary Public
—— ————————————————————, Notario Público

in Puerto Rico, with residence in the City of San Juan,——————
en Puerto Rico, con residencia en la Ciudad de——————————
and office in San Juan,——————————————————
Puerto Rico. ———————————————————————
Puerto Rico. ——

————————————— APPEAR —————————
——————————— COMPARECE(N) ——————————

——The person(s) mentioned in paragraph SEVENTH hereof (herein
— La(s) persona(s) mencionada(s) en el párrafo SEPTIMO (en adelante

"Borrower").—————————————————————
"el Deudor").——————————————————————

——I, the Notary, hereby certify that I know the appearing parties
— Yo, el Notario, por la presente certifico que conozco a los comparecientes

herein and through their statements as to their ages, civil status,
y  por  sus  dichos  de  sus  edades,  estados  civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones y residencias.  Ellos me aseguran que tienen, y a mi

judgment they do have, the necessary legal capacity to execute this
juicio  tienen,  la  capacidad  legal  necesaria  para  otorgar  esta

deed; wherefore they freely ——————————————
escritura; por tanto libremente ——

——————— STATE AND COVENANT: ——————
——————— DECLARAN Y CONVIENEN: ———————

——FIRST: That Borrower is owner of the property described in
—— PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph FIFTH hereof (herein "Property") and has the
el párrafo QUINTO de la presente (en adelante "la Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas



and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha

Property against all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender"). ————————————————————————
"el Prestador"). ————————————————————————

——SECOND: That Borrower is indebted to Lender in the
——SEGUNDO: Que el Deudor adeuda al Prestador la

principal sum of TWO HUNDRED FORTY THREE THOUSAND——
suma principal de   ————————————————————————

DOLLARS ($243,000.00)————————————————————————

with interest thereon at the rate of Six————————————
con interés sobre la misma a razón del

percent (–6–%) per annum, which indebtedness is evidenced by a certain
por   ciento   ( — — %)   anual, cuya   deuda   está   evidenciada   por   un

note payable to Lender, or to its order, dated the ——same———————day
pagaré pagadero al Prestador, o a su orden, fechado ————————————

hereof————————————————————————————
under TESTIMONY NUMBER "=2,644——— ", ————————————

(herein   "Note")   providing   for   monthly   installments   of
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal e intereses con el balance de la deuda, si no ha sido

sooner paid, due and payable on the FIRST day of July————
antes satisfecho, vencedero y pagadero el

of the year TWO THOUSAND THIRTY FIVE.(2035)————————

——THIRD: To secure to Lender or to the holder by endorsement of
——TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré (a)   el   pago   de   la   deuda   evidenciada   por   el   Pagaré,

with interest thereon, (b) the performance of the covenants and
con   sus   intereses,   (b)   el   cumplimiento   de   los   pactos   y

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de lo cuantía original del principal del Pagaré para cubrir costas, gastos y

2

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro, o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y será en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca,

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law, Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley, el Deudor

does hereby create a voluntary first mortgage on the Property. In the
por la presente constituye primera hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
rango convenido, ello constituirá un incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof. ————————
Prestador a los remedios dispuestos en el párrafo 18 de la presente. ————————

————FOURTH: Borrower and Lender further covenant and agree
————CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows: ————————————————————————————————
lo siguiente: ————————————————————————————————

————1. Payment of Principal and Interest. Borrower shall promptly pay
————1. Pago de Principal e Intereses. El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment and late charges as provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. ————————————————————————————————
Pagaré. ————————————————————————————————

————2. Funds for Taxes and Insurance. Subject to applicable law
————2. Fondos para Contribuciones y Seguros. Sujeto a las disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador



3

on the day monthly installments of principal and interest are
en la fecha en que son pagaderos según el Pagaré los plazos de principal e intereses,

payable under the Note, until the Note is paid in full, a sum
hasta que el Pagaré sea satisfecho totalmente, una suma

(herein "Funds") equal to one-twelfth of the yearly taxes
(en adelante "los Fondos") equivalente a una duodécima parte de las contribuciones

and assessments which may attain priority over this Mortgage,
e impuestos anuales que puedan adquirir prioridad sobre esta Hipoteca,

plus one-twelfth of yearly premium installments of hazard insurance,
más una duodécima parte de la prima anual de seguro contra riesgos,

plus one-twelfth of yearly premium installments for
más una duodécima parte de la prima anual del

mortgage insurance, if any, all as reasonably estimated ini-
seguro de hipoteca, si alguno, todos según razonablemente sean estimados ini-

tially and from time to time by Lender on the basis of assess-
cialmente y de tiempo en tiempo por el Prestador en base a imposicio-

ments and bills and reasonable estimates thereof. In addition,
nes y facturas y estimados razonables de los mismos.   Adicionalmente,

if this Mortgage is on a condominium or any other type of
si esta Hipoteca es sobre un condominio o cualquier otra clase de

association wherein property is jointly owned or adminis-
régimen mediante el cual la propiedad se posee o adminis-

tered and obligations for maintenance thereon arise in the Borrower,
tra en común y surjan obligaciones para el Deudor

the Borrower, at Lender's option, shall pay to Lender
respecto a su mantenimiento, a opción del Prestador, el Deudor pagará al Prestador

at the time herein provided, one-twelfth of the
en las fechas aquí dispuestas una duodécima parte de los

annual maintenance charges, and shall immediately pay to Lender
cargos anuales de mantenimiento y pagará inmediatamente al Prestador

all special assessments made. The Funds shall be held in an
todas las derramas especiales que se impongan. Los Fondos serán depositados en una

institution the deposits or accounts of which are insured by a
institución cuyas cuentas o depósitos estén asegurados por una

Federal agency (including Lender if Lender is such an
agencia federal (incluyendo el Prestador, si el Prestador es una

institution). Lender shall apply the Funds to pay said
institución de este tipo). El Prestador aplicará los Fondos al pago de dichas

taxes, assessments, insurance premiums, maintenance fees, and
contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments. Lender may not charge for so holding and
derramas especiales. El Prestador no podrá cobrar por dichos servicios de depósito y

4

applying the Funds, analyzing said account, or verifying and compiling
aplicación de fondos, análisis de cuenta o la verificación y compilación de

said assessments and bills unless Lender pays Borrower interest
dichos impuestos y facturas a menos que el Prestador pague al Deudor intereses

on the Funds and applicable law permits Lender to make such a
sobre los Fondos y la ley aplicable permita al Prestador cobrar por dichos

charge. Borrower and Lender may agree in writing at the time of
servicios. El Deudor y el Prestador podrán acordar por escrito al tiempo de

execution of this Mortgage that interest on the Funds shall be paid to
otorgamiento de esta Hipoteca el pago de intereses sobre los Fondos al

Borrower, and unless such agreement is made or applicable law
Deudor y, a menos que se haga tal acuerdo o la ley aplicable

requires such interest to be paid, Lender shall not be required to pay
requiera el pago de dichos intereses, no se requerirá que el Prestador pague

Borrower any interest or earnings on the Funds. Lender shall give to
interés alguno o ingresos al Deudor sobre los Fondos. El Prestador dará al

Borrower, without charge, an annual accounting of the Funds showing
Deudor, libre de costo, un estado de cuenta anual de los Fondos indicando

credits and debits to the Funds and the purpose for which each debit
débitos y créditos a los Fondos y el propósito para el cual fue hecho cada débito

to the Funds was made. The Funds are pledged as additional security
a los Fondos. Los Fondos quedan depositados en prenda como garantía adicional

for the sums secured by this Mortgage. ——————————————
de las sumas garantizadas por esta Hipoteca. ——————————

————If the amount of the Funds held by Lender, together with the
————Si la suma de los Fondos en manos del Prestador, junto con los

future monthly installments of Funds payable prior to the due dates
plazos mensuales futuros de Fondos pagaderos antes de la fecha de vencimiento

of taxes, assessments, insurance premiums and maintenance charges,
de las contribuciones, impuestos, primas de seguro y cargos de mantenimiento,

shall exceed the amount required to pay said taxes, assessments,
exceden de la cantidad necesaria para pagar dichas contribuciones, impuestos,

insurance premiums and maintenance charges as they fall due, such
primas de seguro y cargos de mantenimiento según venzan, dicho

excess shall be, at Borrower's option, either promptly repaid to
exceso será, a opción del Deudor, reembolsado inmediatamente al

Borrower or credited to Borrower on monthly installments of Funds.
Deudor o acreditado a los plazos mensuales de Fondos del Deudor.

If the amount of the Funds held by Lender shall not be sufficient to
Si la cantidad de los Fondos en manos del Prestador no fuere suficiente para

pay taxes, assessments, insurance premiums, maintenance fees and
pagar contribuciones, impuestos, primas de seguro, cargos de mantenimiento y



5

special assessments as they fall due, Borrower shall pay to Lender any
derramas especiales según venzan, el Deudor pagará al Prestador cualquier

amount necessary to make up the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envío por correo de notificación por el Prestador al Deudor

requesting payment thereof.————————————————————
requiriendo su pago. ———————————————————————————

————Upon payment in full of all sums secured by this Mort-
————Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones del párrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador,

Lender shall apply, no later than immediately prior to the sale
el Prestador aplicará, no más tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage.————————————————————————
por esta Hipoteca.————————————————————————————

————3. Application of Payments. Unless applicable law provides
————3. Aplicación de Pagos. Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraphs 1 and 2 hereof shall be applied by Lender first in
los párrafos 1 y 2 de la presente serán aplicados por el Prestador primero al

payment of amounts payable to Lender by Borrower under paragraph
pago de las sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note. ————————————————————————
cipal del Pagaré. ——————————————————————————————

————4. Charges; Liens. Borrower shall pay all taxes, assess-
————4. Cargas; Gravámenes. El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
tos y otros cargos, multas e imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos,

in the manner provided under paragraph 2 hereof or, if not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof. Borrower shall promptly furnish to Lender all
acreedor de los mismos. El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo este párrafo, y, en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments. Borrower
al Prestador los recibos que evidencien dichos pagos. El Deudor

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravamen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue

any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravamen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravamen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravamen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravamen o la pérdida de la Propiedad

or any part thereof.———————————————————
o de cualquier parte de la misma.————————————————

———5. Hazard Insurance. Borrower shall keep the improvements now
———5. Seguro de Riesgos. El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property insured against loss
existentes o en adelante erigidas en la Propiedad aseguradas contra pérdida

by fire, hazards included within the term "extended coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts and
tales otros riesgos como el Prestador pueda requerir y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage.————
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca.————





————The insurance carrier providing the insurance shall be chosen by
————El asegurador que proporcione el seguro será escogido por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del Prestador; disponiéndose que tal

approval shall not be unreasonably withheld. All premiums on
aprobación no será denegada irrazonablemente. Todas las primas de

insurance policies shall be paid in the manner provided under
pólizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagados en dicha forma, mediante

Borrower making payment, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

————All insurance policies and renewals thereof shall be in form accept-
————Todas las pólizas de seguro y sus renovaciones serán en forma acep-

able to Lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notices and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower.——————
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente.

————Unless Lender and Borrower otherwise agree in writing,
————A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no quede

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible or if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros serán aplicadas a las sumas garantizadas.

8

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del Prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage. ———
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca. ———

—— Unless Lender and Borrower otherwise agree in writing, any
—— A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párrafos 1 y 2 de la presente o cambiar el monto de dichos plazos.

—— If under paragraph 18 hereof the Property is acquired by Lender,
—— Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición pasarán al Prestador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition. —————————————————————
venta o adquisición. ———————————————————

——6. Preservation and Maintenance of Property; Condominiums;
—— 6. Conservación y Mantenimiento de la Propiedad; Condominios;

Planned Unit Developments. Borrower shall keep the Property in good
Proyectos de Unidades Planificadas. El Deudor mantendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado de reparación y no permitirá ni causará deterioro o menoscabo

of the Property. If this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un



9

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento,

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association. — — —
que surgen de la condición de miembro del Deudor en dicha asociación. — — —

— — 7.  Protection of Lender's Security.  If Borrower fails to perform
— — 7.  Protección de la Garantía del Prestador.  Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los    pactos    y    convenios    contenidos    en    este    Hipoteca,    o    si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

eminent domain, insolvency, enforcement of regulations of the
de    expropiación,    insolvencia,    ejecución    de    reglamentación    de    la

Planning    Board    of    Puerto    Rico    or    arrangements    or
Junta  de  Planificación  de  Puerto  Rico  o  concurso  de  acreedores  o

proceedings  involving  a  bankrupt  or  decedent,  then  Lender
procedimientos relacionados con un quebrado o un causante, el Prestador,

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to  protect  Lender's  interest,  including,  but  not  limited  to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs. — — — — — — —
para efectuar reparaciones. — — — —

— — If Lender required mortgage insurance as a condition of making
— — Si el Prestador requirió seguro hipotecario como condición para hacer

10

the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Deudor y Prestador o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof. ————————————————
dispuesto en el párrafo 2 de la presente. ———————————

————— Any amounts disbursed by Lender pursuant to this
——— Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder. ————————————————————————
acción alguna bajo el mismo. ————————————————

————— 8. Inspection.  Lender may make or cause to be made
——— 8. Inspección.  El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, o inspecciones de, la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-

11

fying reasonable cause therefor related to Lender's interest in
ficando causa razonable para las mismas relacionadas con el interés del Prestador en

the Property. ——————————————————————————————
la Propiedad. ——————

———9. Condemnation. The proceeds of any award or claim
———9. Expropiación. Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños, directos o emergentes, en relación con cualquier expropia-

tion or other taking of the Property, or part thereof, or for conveyance
ción o enajenación forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en lugar de expropiación, quedan por la presente cedidos y serán pagados al

Lender. ————————————————————————————————
Prestador. ——————

———In the event of a total taking of the Property, the
———En caso de enajenación forzosa total de la Propiedad, los

proceeds shall be applied to the sums secured by this Mortgage,
fondos provenientes serán aplicados a las sumas garantizadas por esta Hipoteca,

with the excess, if any, paid to Borrower. In the event of a
y el exceso, si alguno, pagado al Deudor. En caso de una

partial taking of the Property, unless Borrower and Lender
enajenación forzosa parcial de la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden por escrito lo contrario, se aplicará a las sumas garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta Hipoteca tal proporción de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción que el monto de las sumas aseguradas por esta Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde al valor en el mercado

of the Property immediately prior to the date of taking, with the
de la Propiedad inmediatamente antes de la fecha de la enajenación forzosa, y el

balance of the proceeds paid to Borrower. ————————————————
balance de dichos fondos serán pagados al Deudor. ——————

———If the Property is abandoned by Borrower or if, after
———Si la Propiedad es abandonada por el Deudor, o si después

notice by Lender to Borrower that the condemnor offers to make
que el Prestador notifique al Deudor que el expropiante ofrece hacer

an award or settle a claim for damages, Borrower fails to respond
un laudo o transigir una reclamación por daños, el Deudor dejare de responder

to Lender within thirty (30) days of the date
al Prestador dentro del término de treinta (30) días a partir de la fecha de

12

such notice is mailed, Lender is authorized to collect and apply
envío por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar

the proceeds at Lender's option either to restoration or repair of the
los fondos provenientes, a opción del Prestador, a restaurar o reparar la

Property or to the sums secured by this Mortgage. ——————————
Propiedad o al pago de las sumas aseguradas por esta Hipoteca. ——————

——Unless Lender and Borrower otherwise agree in writing,
—A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

any such application of proceeds to principal shall not extend or post-
dicha aplicación de fondos a principal no extenderá o pos-

pone the due date of the monthly installments referred to in
pondrá la fecha de vencimiento de los plazos mensuales a los cuales se refieren los

paragraphs 1 and 2 hereof or change the amount of such installments.
párrafos 1 y 2 de la presente, ni cambiará el monto de dichos plazos.

——10. Borrower Not Released. Extension of the time for payment or
——10. Deudor no queda Relevado. Ni la prórroga de la fecha de pago, ni

modification of amortization of the sums secured by this Mortgage
la modificación de la amortización de las sumas aseguradas por esta Hipoteca

granted by Lender to any successor in interest of Borrower shall not be
concedidas por el Prestador a cualquier sucesor en título, constituirá

a novation of this Mortgage nor operate to release, in any manner, the
una novación de esta Hipoteca ni relevará, en forma alguna,

liability of the original Borrower and Borrower's successors in interest.
al Deudor original ni a los sucesores en título del Deudor de responsabilidad.

Lender shall not be required to commence proceedings against such
No se requerirá del Prestador que comience procedimientos contra tal

successor or refuse to extend time for payment or otherwise modify
sucesor, ni que rehuse extender la fecha de pago o de otra forma modifique

amortization of the sums secured by this Mortgage by
la amortización de las sumas garantizadas por esta Hipoteca por

reason of any demand made by the original Borrower and
razón de cualquier exigencia del Deudor original y

Borrower's successors in interest. ——————————————————
los sucesores del Deudor. ——————————————

——11. Forbearance by Lender Not a Waiver. Any
——11. Indulgencia de Morosidad por Prestador no Constituye Renuncia. Cualquier

forbearance by Lender in exercising any
indulgencia de morosidad concedida por el Prestador en el ejercicio de cualquier

right or remedy hereunder, or otherwise afforded by applicable law,
derecho o remedio bajo la presente, o de otro modo concedida por ley aplicable,

shall not be a waiver of or preclude the exercise of any right or remedy.
no constituirá una renuncia ni impedirá el ejercicio de cualquier derecho o remedio.



13

The procurement of insurance or the payment of taxes or other liens or
La obtención de seguros, o el pago de contribuciones u otra carga o

charges by Lender shall not be a waiver of Lender's right to
gravamen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar el vencimiento de la deuda garantizada por esta Hipoteca.

——12. Remedies Cumulative. All remedies provided in this Mortgage
——12. Remedios Cumulativos. Todos los remedios dispuestos en esta Hipoteca

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con-

currently, independently or successively.————————————
currentemente, independientemente o sucesivamente.————————

——13. Successors and Assigns Bound; Joint and Several Liability;
——13. Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;

Captions. The covenants and agreements herein contained shall bind,
Títulos. Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán, a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17 de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán solidarios. Los títulos y epígrafes de los párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof.————————————
para interpretar las disposiciones de la presente.——————————

——14. Notice. Except for any notice required under applicable
——14. Notificación. Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

herein, and (b) any notice to Lender shall be given by certified mail,
en la presente, y (b) toda notificación al Prestador será dada por correo certificado

14

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o            al            Deudor            si            se            da

in the manner designated herein. ————————————————
en la manera dispuesta en la presente. ————————————————

————15. Uniform Mortgage; Governing Law; Severability. This form of
————15. Hipoteca Uniforme; Ley que Rige; Separabilidad. Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados

by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria.        Esta        Hipoteca        será        regida        por        la        ley        de

the jurisdiction in which the Property is located. In the event that any
la jurisdicción en la cual esté localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré conflija con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda darse efecto sin la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable. ————————————————
y del Pagaré son declaradas separables. ————————————————

————16. Borrower's Copy. Borrower shall be furnished a conformed copy
————16. Copia del Deudor. El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof. ————————————————
otorgamiento de la presente. ————————————————

————17. Transfer of the Property; Assumption. If all or any part of the
————17. Transferencia de Propiedad; Asunción. Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor

15

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravamen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si, antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such rate as
sobre las sumas aseguradas por esta Hipoteca será el tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el Prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

— — — If Lender exercises such option to accelerate, Lender
— — — Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less than thirty (30) days from the date
ríodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

expiration of such period, Lender may, without further notice or
*expiración de dicho período, el Prestador podrá, sin necesidad de notificación o*

demand on Borrower, invoke any remedies permitted
*requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos*

by paragraph 18 hereof. ————————————————————
*por el párrafo 18 de la presente.*

————18. Acceleration; Remedies. Except as provided in paragraph 17
*————18. Aceleración; Remedios. Excepto según se dispone en el párrafo 17*

hereof, upon Borrower's breach of any covenant or agreement of
*de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del*

Borrower in this Mortgage, including the covenants to pay when due any
*Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las*

sums secured by this Mortgage, Lender prior to acceleration
*sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,*

shall mail notice to Borrower as provided in paragraph 14
*enviará por correo notificación al Deudor, según dispuesto en el párrafo 14*

hereof specifying: (1) the breach; (2) the action re-
*de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-*

quired to cure such breach; (3) a date, not less
*querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior*

than thirty (30) days from the date the notice is mailed to Bor-
*a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-*

rower, by which such breach must be cured; and (4)
*dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)*

that failure to cure such breach on or before the date
*una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha*

specified in the notice may result in acceleration
*límite especificada en la notificación podrá resultar en la aceleración del vencimiento*

of the sums secured by this Mortgage, foreclosure by judicial proceeding
*de las sumas garantizadas por. esta Hipoteca, ejecución por la vía judicial*

and sale of the Property. The notice shall further inform Borrower of the
*y la venta de la Propiedad. La notificación informará al Deudor, además, de su*

right to reinstate after acceleration and the right to assert
*derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar*

the non-existence of a default or any other defense of Borrower to
*la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la*

acceleration and foreclosure in the foreclosure proceeding. If the breach
*aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento*

is not cured on or before the date specified in the notice,
*no es subsanado en o antes de la fecha límite especificada en la notificación,*

Lender at Lender's option may declare all of the sums secured by
*el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por*



17

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports.————————————
evidencia documentaria, resúmenes y estudios de título.————————————

————19. Borrower's    Right    to    Reinstate.    Notwithstanding
————19. Derecho   de   Rehabilitación   del   Deudor.   No   empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de-

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occurred;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración;

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todos los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravamen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar la sumas garantizadas por esta Hipoteca continuarán inalteradas

18

unimpaired. Upon such payment and cure by BORROWER, this
adversamente. Al hacer el DEUDOR dicho pago y subsanar --

MORTGAGE and the obligations secured hereby shall remain in
dicho incumplimiento, esta HIPOTECA y las obligaciones ---

full force and effect as if no acceleration had occurred.
garantizadas por la misma quedarán en completa fuerza y --

vigor como si no hubiera ocurrido aceleración. ----------

-20. Assignment of Rents; Appointment of Receiver. As -
-20. Cesión de Rentas; Designación de Síndico. Como ----

additional security hereunder, BORROWER hereby assigns to
garantía adicional, el DEUDOR por la presente cede al ----

LENDER the rents of the PROPERTY, provided that BORROWER -
PRESTADOR las rentas de la PROPIEDAD, disponiéndose que el

shall, prior to acceleration under Paragraph 18 hereof or
DEUDOR, antes de la aceleración de vencimiento bajo el ---

abandonment of the PROPERTY, have the right to collect and
Párrafo 18 de la presente o abandono de la PROPIEDAD, ----

retain such rents as they become due and -----------------
tendrá el derecho de cobrar y retener dichas rentas según-

payable. --------------------------------------------------
venzan y sean pagaderas. ---------------------------------

-Upon acceleration under Paragraph 18 hereof or abandonment
-Al ocurrir aceleración bajo el Párrafo 18 de la presente-

of the PROPERTY, LENDER shall be entitled to have a -------
o el abandono de la PROPIEDAD, el PRESTADOR tendrá derecho-

Receiver appointed by a court to enter upon, take posses-
a que se designe por un tribunal, un Síndico que entre, --

sion of and manage the PROPERTY and to collect the rents -
tome posesión de y administre la PROPIEDAD y cobre las ---

of the PROPERTY including those past due. All rents -----
rentas de la PROPIEDAD incluyendo las anteriormente -----

collected by the Receiver shall be applied first to payment
vencidas. Todas las rentas cobradas por el Síndico serán-

of the costs of management of the PROPERTY and collection-
aplicadas, primero al pago de los gastos de administración

of rents, including but not limited to Receiver's fees, --
de la PROPIEDAD y del cobro de las rentas, incluyendo perc

premiums on Receiver's bonds and attorneys' fees, and then-
sin que implique limitación, los honorarios del Síndico, -

to the sums secured by this Mortgage. The Receiver shall-
primas de la fianza del Síndico y honorarios de abogados,-

be liable to account only for those rents ----------------
y luego a las sumas garantizadas por esta HIPOTECA. El --

actually received. ---------------------------------------
Síndico será responsable de rendir cuentas únicamente ----

respecto a las rentas realmente recibidas. ---------------



-19-

-21. Release. Upon payment of all sums secured by this-
-21. Descargo. Una vez pagadas todas las sumas garantizadas----

MORTGAGE, LENDER shall release and cancel this MORTGAGE
por esta HIPOTECA, el PRESTADOR descargará y------------------

at Borrower's expense, or, at Borrower's option, endorse
cancelará esta HIPOTECA por cuenta del DEUDOR, o a-----------

the Note "for cancellation only" without---------------
opción del DEUDOR, endosará el Pagaré----------------------

charge to BORROWER.---------------------------------
"para cancelación únicamente" sin cargo al Deudor.----------

- FIFTH: The Property.  The description of the MORTGAGED
- QUINTO: La Propiedad.  La descripción de LA PROPIEDAD-------

PROPERTY is the following, and is RECORDED as Property--
Number------------------------------------------------
at PAGE------------------------------------------------
of VOLUME----------------------------------------------

---Section of the Registry of Property of Puerto Rico:--

---URBANA:  PROPIEDAD HORIZONTAL:  Apartamento número
Trescientos Uno (301) del Condominio Chalets de la
Playa Oeste, situado en el kilómetro 10.3 de la
Carretera Estatal número 686, Barrio Puerto Nuevo del
Municipio de Vega Baja, Puerto Rico.    Este
apartamento está construido en hormigón reforzado.
Tiene tres (3) niveles con su puerta de entrada por
el lindero Oeste, y por ella se accesa al área común
general del condominio.   Este apartamento tiene un
área total de mil cuatrocientos dos punto setenta y
ocho (1,402.78) pies cuadrados, equivalentes a ciento
treinta punto treinta y siete (130.37) metros
cuadrados.    Linderos:   en el primer nivel del
apartamento (tercer piso del edificio) por el NORTE,
en una distancia de veinte y cinco pies con once
pulgadas (25'-11"), equivalentes a siete punto
noventa (7.90) metros lineales, con área común
general del condominio; por el SUR, en una distancia
de veinte y cinco pies con once pulgadas (25'-11"),
equivalentes a siete punto noventa (7.90) metros
lineales, con área común general del condominio y con
el apartamento número trescientos dos (302); por el
ESTE, en una distancia de treinta y dos pies con dos
pulgadas (32'-2"), equivalentes a nueve punto ochenta
y uno (9.81) metros lineales, con el apartamento
número trescientos doce (312); y por el OESTE, en una
distancia de treinta y dos pies con dos pulgadas
(32'-2"), equivalentes a nueve punto ochenta y uno
(9.81) metros lineales, con área común general del
condominio, entre la que se encuentra el área de
ubicación de la puerta de entrada al apartamento y
con el apartamento número trescientos dos (302).  Los
linderos en el segundo nivel del apartamento (cuarto
piso del edificio) son por el NORTE, en una distancia
de veinte y cinco pies con once pulgadas (25'-11"),
equivalentes a siete punto noventa (7.90) metros
lineales, con área común general del condominio; por
el SUR, en una distancia de veinte y cinco pies con
once pulgadas (25'-11"), equivalentes a siete.punto
noventa (7.90) metros lineales, con el apartamento
número trescientos dos (302) y con área común general



19a

del condominio; por el ESTE, en una distancia de
treinta y seis pies con ocho pulgadas (36'-8"),
equivalentes a once punto diez y ocho (11.18) metros
lineales, con el apartamento número trescientos doce
(312); y por el OESTE, en una distancia de treinta y
seis pies con dos pulgadas (36'-2"), equivalentes a
once punto cero dos (11.02) metros lineales, con el
apartamento número trescientos dos (302) y con área
común general del condominio. Este segundo nivel se
comunica con el primero a base de una escalera
interior del apartamento. Los linderos del tercer
nivel del apartamento (quinto piso del edificio) son
por el NORTE, en una distancia de trece pies con seis
pulgada (13'-6"), equivalentes a cuatro punto doce
(4.12) metros lineales, con un área común de uso
limitado del apartamento número trescientos uno
(301), y delimitada en su lindero por una pared; por
el SUR, en una distancia de trece pies con seis
pulgadas (13'-6"), equivalente a cuatro punto doce
(4.12) metros lineales, con el apartamento número
trescientos dos (302); por el ESTE, en una distancia
de seis pies con cuatro pulgadas (6'4"), equivalentes
a uno punto noventa y tres (1.93) metros lineales con
área común general del condominio; y por el OESTE, en
una distancia de seis pies con cuatro pulgadas
(6'4"), equivalentes a uno punto noventa y tres
(1.93) metros lineales, con un área común del uso
limitado del apartamento número trescientos uno
(301), y delimitada en su lindero por una pared.
Este tercer nivel se comunica con el segundo a base
de una escalera interior del apartamento. Este
apartamento consta de sala-comedor, balcón, cocina
con área de lavandería un cuarto master de dos
closets, dos cuartos adicionales con closets y dos y
medio baños, escalera interior y un área en la azotea
del edificio la cual es un elemento común de uso
limitado del apartamento trescientos uno (301), la
cual está delimitada por una pared, según surge de
los planos del condominio.--------------------------

---A este apartamento le corresponde el uso de un
espacio de estacionamiento para dos automóviles, uno
detrás    del    otro,    identificado    con el número
trescie4ntos uno (301) en el área de estacionamiento
localizada al NORTE del edificio número veintiocho
(28) del condominio.-------------------------------

---A    este    apartamento    le    corresponde    una
participación de 0.4289% en los elementos comunes del
condominio. ---------------------------------------

---Se separa de la finca #26,366 inscrita al folio 3
del tomo 349 de Vega Baja. Finca #26,559 inscrita al
folio 131 del tomo 356 de Vega Baja Registro de la
Propiedad de Puerto Rico. Sección IV de Bayamón.----

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------



19b                              Conventional

together with all the structures, improvements----
junto con todas las estructuras, mejoras actuales-----------

now or hereafter erected on the Property and all---
o futuras en la Propiedad y todas las servidumbres-----------

easements, rights, appurtenances and---------------
derechos, pertenencias y rentas y todos los--------------

rents, and all fixtures now or hereafter attached--
muebles actualmente o en el futuro adheridos a------------

to the Property, all of which, including replace--
la Propiedad, todos los cuales, incluyendo los--------------

ments and additions thereto shall be deemed to be--
que los reemplacen o se les añadan en el futuro------------

and remain a part of the Property covered by this--
serán considerados como parte de la Propiedad--------------

Mortgage.-------------------------------------------
cubierta por esta Hipoteca.-------------------------------

---MORTGAGOR acquired the above described property

by purchase per deed number One Hundred Thirty Two

(132) of March Thirty (30) Two Thousand One (2001)

before IRMARIE RIVERA MIRANDA, registered at page

131 of book 356 of Vega Baja, Property Registry of

Puerto Rico.  Section IV of Bayamón.---------------



20

Conventional

-SIXTH:  Value of the Property.---------------------
-SEXTO:  Valor de la Propiedad.------------------------

-  Pursuant to the provisions of the-----------------
-  En cumplimiento con las disposiciones de la--------------

MORTGAGE AND PROPERTY REGISTRY ACT OF----------------
LEY HIPOTECARIA Y DEL REGISTRO DE LA PROPIEDAD DE------------

PUERTO RICO, LENDER and BORROWER value the-----------
PUERTO RICO, el PRESTADOR y el DEUDOR tasan la----------------

Property at an amount equal to the original----------
Propiedad en una cantidad equivalente al------------------------

principal amount of the NOTE secured by this---------
principal original del PAGARE garantizado por-----------------

MORTGAGE, which value shall serve as lowest bid------
esta HIPOTECA, cuyo valor servirá como tipo------------------

at the first auction in the event of-----------------
mínimo en la primera subasta en caso de-----------------------

FORECLOSURE.---------------------------------------------
EJECUCION.------------------------------------------------

-SEVENTH:  Appearing Parties ("Borrower").-----------
-SEPTIMO:  Compareciente(s) ("Deudor").------------------------

---ANGEL DAVID DELGADO SAN MIGUEL, Social Security

number _____ , and SALLY GARCÍA MARTÍNEZ, also

known as Sally De Gracia Martínez, Social Security

number _____ , both of legal age, married to

each other, property owners and residents of Vega

Baja, Puerto Rico, whom the undersigned Notary

personally knows and thus attests.------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

21                                    Conventional

-EIGHTH:   The LENDER is:------------------------
- OCTAVO:  El PRESTADOR es:------------------------

---Banco Bilbao Vizcaya Argentaria Puerto Rico,
Employer Identification number        , a bank
organized under the Laws of Puerto Rico herein
represented by GLADYS ZAYAS DE JESUS, single and--
resident of Guaynabo, Puerto Rico and NOEL MANZANO
VILA, married and resident of Carolina, Puerto----,
Rico,----------------------------------------------

----------------------------------------------------

----------------------------------------------------

both of legal age and bankers, who are personally
known to the undersigned Notary and who are
authorized to appear herein by means of a
Certificate of Corporate Resolution executed on May
twenty three (23) two thousand three (2004) before
Notary José Manuel Olmo Terrasa.-------------------

---NINTH:   Waiver of Homestead Rights.------------
---NOVENO:  Renuncia de Hogar Seguro.--------------

- BORROWER hereby waives in favor of the LENDER,--
- EL DEUDOR por la presente renuncia a favor del----------

to the fullest extent allowed by law, all home----
PRESTADOR hasta el límite permitido por ley,--------------

stead and similar rights conferred upon BORROWER--
todos sus derechos de Hogar Seguro y derechos--------------

by any law, including, without limitation, the-----
similares conferidos al DEUDOR por cualquier--------------

provisions of the Puerto Rico Right of Homestead---
ley, incluyendo sin implicar limitación, las--------------

(31 L.P.R.A., Sections 1851-1857).-----------------
disposiciones sobre Derecho de Hogar Seguro de------------

Puerto Rico (31 L.P.R.A., Secciones 1851-1857).--------------

--TENTH:   Property Address.-----------------------
-DECIMO:   Dirección de la Propiedad.---------------

---The Property address shall be the address------
---La dirección de la Propiedad será la dirección----------

stated in the Note as the Property----------------
indicada en el PAGARE como dirección de la -------------

Address.------------------------------------------
Propiedad.-----------------------------------------

----------------------------------------------------

----------------------------------------------------



22                                   Conventional

---The undersigned Notary advises the appearing parties, particularly the Borrower, that there is one or more checks (shown to the appearing parties) product of the funds evidenced by the Note, that have to be delivered to the corresponding mortgagee(s) for cancellation or liberation ("liberación") of the mortgage(s) constituted prior to the execution hereof, which fact does not constitute an absolute guaranty that it will be done that way. It is further advised that the Borrower has the right to demand that the previously constituted mortgage(s) be canceled concurrently with the execution hereof, and if the Borrower waives said right he is advised and aware of the risks and consequences of said mortgage(s) not being canceled. The Borrower hereby voluntarily and knowingly waives said right, despite the undersigned Notary's advice.------------

---El infrascrito Notario le advierte a las partes, y en particular al Deudor, que existe uno o varios cheques (mostrados a las partes aquí comparecientes) de fondos producto de la deuda evidenciada por el Pagaré, los cuales han de ser remitidos al acreedor hipotecario correspondiente con el propósito de que sea cancelada la hipoteca o hipotecas sobre la Propiedad constituidas con anterioridad a este acto, o liberada la Propiedad de dicha(s) hipoteca(s), lo cual no constituye una garantía absoluta de que ello así será hecho. Se advierte además que el Deudor tiene el derecho de exigir que la hipoteca o hipotecas anteriores sean canceladas en el mismo acto del otorgamiento de la presente escritura, y que de renunciar voluntariamente a dicho derecho queda advertido y consciente de los riesgos y consecuencias de que no se cancelen dicha(s) hipoteca(s). El Deudor por la presente renuncia voluntaria e informadamente a dicho derecho, a pesar de las advertencias hechas por el infrascrito Notario.-------

-------------------------------------------------

-------------------------------------------------

-------------------------------------------------

-------------------------------------------------

-22a-

```
---                    ACCEPTANCE:                    ---
---                    ACEPTACION                     - - -

---  The appearing parties in accordance with--
---  Los comparecientes aceptan esta escritura

the particulars of this deed accept the same in
pública en la forma redactada por ser conforme

all its parts, after I, the notary, gave them -
a lo convenido, y yo, el Notario, en cumpli----

the necessary legal admonitions and ----------
miento de lo dispuesto en la ley, les hice las

warnings pertinent to this public ------------
advertencias legales pertinentes a este -----

instrument. ----------------------------------
otorgamiento. ---------------------------------

---  The appearing parties execute this deed --
---  Así lo dicen y otorgan los comparecientes

in my presence, after waiving the right I ----
ante mí, el notario, luego de haber renunciado

advised them they had to require the presence -
al derecho que les hice saber tenían para -----

of witnesses in the execution of this public --
requerir la presencia de testigos ------------

instrument. ---------------------------------
instrumentales. ------------------------------

---  The appearing parties read this deed and -
---  Leída esta escritura por los otorgantes, -

ratify the same, placing their initials on each
en la misma se ratifican y fijan sus iniciales-

and every page hereof, and sign their names on
en todos y cada uno de los folios de este -----

the last page of this deed, before me, the ---
instrumento público y firman ante mí, --------

notary, that as to everything else hereinbefore
el Notario, que de todo lo consignado---------

stated, I, the Notary, hereby ATTEST. --------
en este instrumento público, DOY FE. ---------
```

-23-



## MODIFICACIÓN

Número Préstamo: 08-6446008                    Fecha: 31 de marzo de 2011

Mediante la Escritura Número Sesenta y ocho (# 68) sobre Ampliación y Modificación de Hipoteca, otorgada en San Juan, Puerto Rico, el treinta y uno (31) del mes de marzo del año dos mil once (2011) ante el Notario Suscribiente se modificó este Pagaré y la Hipoteca que lo garantiza para hacer constar que SE AMPLIA el principal del Pagaré mencionado anteriormente y la Hipoteca que lo garantiza por la suma de TRECE MIL NOVECIENTOS TREINTA Y DOS DÓLARES CON TREINTA Y CUATRO CENTAVOS ($13,932.34), para un nuevo principal de DOSCIENTOS CINCUENTA Y SEIS MIL NOVECIENTOS TREINTA Y DOS DÓLARES CON TREINTA Y CUATRO CENTAVOS ($256,932.34) y vencimiento el primero (1) de abril de dos mil cincuenta y uno (2051).------------------------------------------------------------------------

---Que los pagos de principal e interés serán calculados a base del principal de DOSCIENTOS VEINTIOCHO MIL SEISCIENTOS SETENTA Y CUATRO DÓLARES CON CINCUENTA Y OCHO CENTAVOS ($228,674.58) según se detalla a continuación:--------------

---Comenzando el primero (1) de mayo de dos mil once (2011) hasta el primero (1) de abril de dos mil catorce (2014), la cantidad principal que devengará interés lo hará a razón de TRES PUNTO OCHO CINCO CERO POR CIENTO ANUAL (3.850%), CALCULADO POR UN PERÍODO DE AMORTIZACIÓN TEMPORERO DE SETECIENTOS VEINTE (720) MESES, EFECTIVO DURANTE UN TÉRMINO DE TREINTA Y SEIS (36) MESES, con pagos mensuales de principal e interés de OCHOCIENTOS CATORCE DÓLARES CON OCHENTA Y CINCO CENTAVOS ($814.85).-----------------------------------------------------------

---Posteriormente, comenzando el primero (1) de mayo de dos mil catorce (2014) hasta su fecha de vencimiento, la cantidad principal del Préstamo que devengará interés lo hará a razón de SEIS POR CIENTO (6%) anual, CALCULADO POR UN PERÍODO DE AMORTIZACION DE CUATROCIENTOS CUARENTA Y CUATRO (444) MESES, con pagos mensuales de principal e interés de MIL DOSCIENTOS SESENTA Y SEIS DÓLARES CON DIECINUEVE CENTAVOS ($1,266.19). La nueva fecha de vencimiento del Préstamo, del Pagaré y de la Hipoteca que lo garantiza será el día primero (1) de abril de dos mil cincuenta y uno (2051), fecha en la cual el(los) Deudor (es) acuerda(n) y se obliga(n) a pagar la cantidad residual, sin intereses de VEINTIOCHO MIL DOSCIENTOS CINCUENTA Y SIETE DÓLARES CON SETENTA Y SEIS CENTAVOS ($28,257.76) por concepto de intereses, recargos y otros cargos sin pagar a la fecha de efectividad de esta transacción. Dicha cantidad residual es parte del principal, no devengará intereses y corresponde al balance que no queda amortizado mediante los pagos de principal e intereses antes indicados.------------------------------------------------------------

---Esta modificación se aneja y se hace formar parte del Pagaré de DOSCIENTOS CUARENTA Y TRES MIL DÓLARES ($243,000.00).-----------------------------------------------------------------



_____
Notario Pública

CERTIFICO: Que en la misma fecha de su otorgamiento, expedí Primera Copia Certificada a favor de Banco Bilbao Vizcaya Argentaria de Puerto Rico.------------------
DOY FE.------------------

_____
Notario Público

*ADD*
*SDG*

----------ESCRITURA NÚMERO SESENTA Y OCHO (68)--------------
----------AMPLIACIÓN Y MODIFICACIÓN DE HIPOTECA-----------
--En San Juan, Puerto Rico, el treinta y uno (31) de marzo del año dos mil once (2011).-----------------------------------------------------------------
--------------------------------------ANTE MÍ-----------------------------------
---LUIS YAMIL RODRÍGUEZ SAN MIGUEL, Abogado y Notario de esta Isla, con residencia y estudio abierto en Guaynabo, Puerto Rico.---------
-------------------------------------COMPARECEN-------------------------------
---DE LA PRIMERA PARTE: ÁNGEL DAVID DELGADO SAN MIGUEL Y SALLY DE GRACÍA MARTÍNEZ, mayores de edad, casados entre sí, propietarios y vecinos de Vega Baja, Puerto Rico, en adelante denominado como el(los) Deudor(es).--------------------------------------------
---DE LA SEGUNDA PARTE: BANCO BILBAO VIZCAYA ARGENTARIA DE PUERTO RICO, una institución bancaria organizada y existente de acuerdo a las leyes del Estado Libre Asociado de Puerto Rico, con oficinas principales en San Juan, Puerto Rico aquí representado por sus representantes autorizados, María Esther Cartagena Ortiz, mayor de edad, soltera, ejecutiva y residente de Bayamón, Puerto Rico y Liana Marie Pacheco Ojeda, mayor de edad, soltera, ejecutiva y vecina de Guaynabo, Puerto Rico, cuya autorización para suscribir esta escritura pública en representación del banco surge de Certificación de Resolución Corporativa de la Junta de Directores del Banco Bilbao Vizcaya Argentaria de Puerto Rico fechada el catorce (14) de septiembre del dos mil diez (2010) y suscrita por Diana Soler Rodríguez, Secretaria de la Junta de Directores, autenticada bajo el testimonio número mil trescientos cincuenta y ocho (1,358) ante el Notario Público José Manuel Olmo, en adelante denominado como el Acreedor. El documento aquí descrito estuvo ante la vista del Notario autorizante y no ha sido transcrito en esta escritura pública por no haberlo solicitado ninguna de las partes aquí comparecientes.---------------------------------------------------
--Tanto el(los) Deudor(es) como el Acreedor se denominarán en conjunto como las "Partes" o los "Comparecientes".------------------------------------
---------------------------------------DOY FE----------------------------------
---Yo, el Notario, DOY FE de no conocer personalmente a(los) Deudor(es), ÁNGEL DAVID DELGADO SAN MIGUEL Y SALLY DE GRACIA MARTÍNEZ por lo que procedo a identificarlos por su(s) licencia(s) de conducir número              y              respectivamente, expedida(s) por el Estado Libre Asociado de Puerto Rico, la(s) cual(es) tiene(n) foto y firma y fue(ron) mostrada(s) libre y voluntariamente, y además DOY FE de conocer personalmente al representante del Acreedor, Liana Marie Pacheco Ojeda y María Esther Cartagena Ortiz, y de todos por sus manifestaciones, que las juzgo ciertas, DOY FE de sus edades, estados civiles, profesiones y vecindad. Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para este otorgamiento y en tal virtud libre y voluntariamente:------------------------
--------------------------------------EXPONEN-----------------------------------

---PRIMERO: Que el día treinta (30) de junio de dos mil cinco (2005) ante el Notario José García Noya, el(los) Deudor(es) suscribió(eron) un Pagaré a favor de **BANCO BILBAO VIZCAYA ARGENTARIA DE PUERTO RICO**, o a su orden, por la suma principal de **DOSCIENTOS CUARENTA Y TRES MIL DÓLARES ($243,000.00)**, con intereses al **SEIS PORCIENTO (6%)** anual y vencimiento el día primero (1) de julio de dos mil treinta y cinco (2035), garantizado mediante la Escritura de Hipoteca (en adelante la Hipoteca) número Ciento diecinueve (119) otorgada ante el mismo Notario y en igual fecha.  La Hipoteca consta inscrita al folio sesenta y cuatro (64) del tomo cuatrocientos treinta y siete (437) de Vega Baja, Registro de la Propiedad de Bayamón, finca número veintiséis mil quinientos cincuenta y nueve (26,559), inscripción segunda.---------------------------------------------------------
----SEGUNDO: Que la Hipoteca mencionada en el párrafo anterior grava la siguiente propiedad;--------------------------------------------------------------------------------
---URBANA:    PROPIEDAD HORIZONTAL:    Apartamento número trescientos uno (#301) del Condominio Chalets de la Playa Oeste, situado en el kilómetro diez punto tres (10.3) de la Carretera Estatal número seiscientos ochenta y seis (686), Barrio Puerto Nuevo del Municipio de Vega Baja, Puerto Rico. Este apartamento está construido en hormigón reforzado.  Tiene tres (3) niveles con su puerta de entrada  por el lindero Oeste, y por ella se accesa al área común general del condominio.  Este apartamento tiene un área total de MIL CUATROCIENTOS DOS PUNTO SIETE OCHO (1,402.78) PIES CUADRADOS equivalentes a ciento treinta punto tres siete (130.37) metros cuadrados.  Linderos: en el primer nivel del apartamento (tercer piso del edificio) por el NORTE, en una distancia de veinticinco (25) pies once (11) pulgadas, equivalentes a siete punto noventa (7.90) metros lineales, con un área común general del condominio; por el SUR, en una distancia de veinticinco (25) pies once (11) pulgadas, equivalentes a siete punto noventa (7.90) metros lineales, con área común general del condominio y con el apartamento número trescientos dos (#302); por el ESTE, en una distancia de treinta y dos (32) pies dos (2) pulgadas equivalentes a nueve punto ochenta y uno (9.81) metros lineales, con el Apartamento número trescientos doce (#312); y por el OESTE en una distancia de treinta y dos (32) pies dos (2) pulgadas equivalentes a nueve punto ochenta y uno (9.81) metros lineales, con área común general del condominio, entre la que se encuentra el área de ubicación de la puerta de entrada al apartamento y con el apartamento número trescientos dos(#302). Los linderos en el segundo nivel del apartamento (cuarto piso del edificio) son por el NORTE, en una distancia de veinticinco (25) pies once (11) pulgadas equivalentes a siete punto noventa (7.90) metros lineales, con área común general del condominio; por el SUR en una distancia de veinticinco (25) pies once (11) pulgadas equivalentes a siete punto noventa (7.90) metros lineales con el apartamento número trescientos dos (#302) y con área común general del condominio; por el ESTE en una distancia de treinta y seis (36) pies ocho (8) pulgadas equivalentes a once punto dieciocho (11.18) metros lineales, con el apartamento número trescientos doce (#312) y por el OESTE en una

distancia de treinta y seis (36) pies dos (2) pulgadas equivalentes a once punto cero dos (11.02) metros lineales con el apartamentos número trescientos dos (#302) y con área común general del condominio. Este segundo nivel se comunica con el primero a base de una escalera interior del apartamento. Los linderos del tercer nivel del apartamento ( quinto piso del edificio) son por el NORTE, en una distancia de trece (13) pies seis (6) pulgadas equivalentes a cuatro punto doce (4.12) metros lineales, con un área común de uso limitado del apartamento número trescientos uno (#301) y delimitada en su lindero por una pared; por el SUR, en una distancia de trece (13) pies seis (6) pulgadas equivalentes a cuatro punto doce (4.12) metros lineales, con el apartamento número trescientos dos(#302); por el ESTE, en una distancia de seis (6) pies cuatro (4) pulgadas equivalentes a uno punto noventa y tres (1.93) metros lineales, con un área común general del Condomino; y por el OESTE, en una distancia de seis (6) pies cuatro (4) pulgadas equivalentes a uno punto noventa y tres (1.93) metros lineales, con un área común de uso limitado del apartamento número trescientos uno (#301) y delimitada en su lindero por una pared. Este tercer nivel se comunica con el segundo a base de una escalera interior del apartamento. Este apartamento consta de sala-comedor, balcón, cocina con área de lavandería, un cuarto "master" con dos (2) closets, dos (2) cuartos adicionales con closets y dos y medio (2 ½) baños, escalera interior y un área en la azotea del edificio, la cual es un elemento común de uso limitado del Apartamento número trescientos uno (#301), la cual está delimitada por una pared, según surge de los planos del condominio. A este apartamento le corresponde el uso de un espacio de estacionamiento para dos (2) automóviles, uno detrás del otro, identificado con el número trescientos uno (#301) en el área de estacionamiento localizada al Norte del edificio número veintiocho (#28) del condominio. A este apartamento le corresponde una participación de cero punto cuatro dos ocho nueve por ciento (0.4289%), en los elementos comunes del condominio.------------------------------------------

—La Propiedad consta inscrita al folio ciento treinta y uno (131) del tomo trescientos cincuenta y seis (356) de Vega Baja, Registro de la Propiedad de Bayamón, Sección Cuarta. Finca número veintiséis mil quinientos cincuenta y nueve (26,559).----------------------------------------

---**TERCERO** La Hipoteca antes mencionada ha sido negociada y/o cedida mediante endoso al Acreedor, quien actualmente es el tenedor y legítimo dueño de dicho Pagaré Original.------------------------------------------

---**CUARTO**: Que las Partes aquí comparecientes han acordado renegociar los términos de la Hipoteca antes referida y por la presente Escritura la **MODIFICAN** para hacer constar que **SE AMPLIA** el principal del Pagaré mencionado anteriormente y la Hipoteca que lo garantiza por la suma de **TRECE MIL NOVECIENTOS TREINTA Y DOS DÓLARES CON TREINTA Y CUATRO CENTAVOS ($13,932.34)**, para un nuevo principal de **DOSCIENTOS CINCUENTA Y SEIS MIL NOVECIENTOS TREINTA Y DOS DÓLARES CON TREINTA Y**

CUATRO CENTAVOS ($256,932.34) y vencimiento el primero (1) de abril de dos mil cincuenta y uno (2051).----------------------------------------------------

---Que los pagos de principal e interés serán calculados a base del principal de **DOSCIENTOS VEINTIOCHO MIL SEISCIENTOS SETENTA Y CUATRO DÓLARES CON CINCUENTA Y OCHO CENTAVOS ($228,674.58)** según se detalla a continuación:------------------------------

---Comenzando el primero (1) de mayo de dos mil once (2011) hasta el primero (1) de abril de dos mil catorce (2014), la cantidad principal que devengará interés lo hará a razón de **TRES PUNTO OCHO CINCO CERO POR CIENTO ANUAL (3.850%), CALCULADO POR UN PERÍODO DE AMORTIZACIÓN TEMPORERO DE SETECIENTOS VEINTE (720) MESES, EFECTIVO DURANTE UN TÉRMINO DE TREINTA Y SEIS (36) MESES**, con pagos mensuales de principal e interés de **OCHOCIENTOS CATORCE DÓLARES CON OCHENTA Y CINCO CENTAVOS ($814.85).**--

---Posteriormente, comenzando el primero (1) de mayo de dos mil catorce (2014) hasta su fecha de vencimiento, la cantidad principal del Préstamo que devengará interés lo hará a razón de **SEIS POR CIENTO (6%)** anual, **CALCULADO POR UN PERÍODO DE AMORTIZACION DE CUATROCIENTOS CUARENTA Y CUATRO (444) MESES,** con pagos mensuales de principal e interés de **MIL DOSCIENTOS SESENTA Y SEIS DÓLARES CON DIECINUEVE CENTAVOS ($1,266.19).** La nueva fecha de vencimiento del Préstamo, del Pagaré y de la Hipoteca que lo garantiza será el día primero (1) de abril de dos mil cincuenta y uno (2051), fecha en la cual el(los) Deudor (es) acuerda(n) y se obliga(n) a pagar la cantidad residual, sin intereses de **VEINTIOCHO MIL DOSCIENTOS CINCUENTA Y SIETE DÓLARES CON SETENTA Y SEIS CENTAVOS ($28,257.76)** por concepto de intereses, recargos y otros cargos sin pagar a la fecha de efectividad de esta transacción. Dicha cantidad residual es parte del principal, no devengará intereses y corresponde al balance que no queda amortizado mediante los pagos de principal e intereses antes indicados.-

---**QUINTO:** El Notario hace constar haber anejado al Pagaré Original una anotación o "allonge" firmada sobre la modificación aquí efectuada, el cual fue entregado por el Acreedor quien es su tenedor y dueño.----------------------------

---**SEXTO:** Los Comparecientes reconocen y aceptan que la presente modificación no constituye una novación de la obligación representada por el Pagare, ni por la Hipoteca que lo garantiza quedando inalterados todos los demás términos y condiciones no modificados por la presente Escritura.----------

---**SEPTIMO:** Los Comparecientes solicitan al Honorable Registrador de la Propiedad, que tome razón de la **MODIFICACION** efectuada al Pagare y a la Hipoteca en virtud de esta Escritura y que haga la correspondiente anotación en los libros del Registro a su cargo.----------------------------

--------------------------------**LECTURA Y ACEPTACIÓN**-------------------------

---Los Comparecientes aceptan la presente escritura en todas sus partes por exponer fielmente sus instrucciones y deseos, habiéndoles hecho Yo, el

Notario Autorizante, las reservas y advertencias legales pertinentes y habiendo sido leída esta escritura por los Comparecientes, se ratifican en la misma y la aceptan en todas sus partes por estar redactada de acuerdo a su voluntad.————

——————————————————OTORGAMIENTO——————————

———Tal es el acuerdo que ante mi formalizan los Comparecientes mediante la presente escritura y la aceptan en su totalidad, se ratifican en su contenido y firman todos conmigo, sin solicitar la intervención de testigos, de cuyo derecho les advertí, habiendo estampado además sus iniciales al margen izquierdo de todos y cada uno de los folios de esta escritura. De ello y de todo lo demás consignado en este Instrumento Público DOY FE y en tal virtud adhiero y cancelo los correspondientes sellos y YO, el Notario firmo, signo, sello y rubrico y para que así conste, DOY FE.——————————————

# ESTUDIO DE TÍTULO

**CASO: BUFETE MONTAÑEZ & ALICEA**      **RE: ANGEL DELGADO**
     **POR: LUISED**

**FINCA NÚMERO:** 26,559, inscrita al folio 132 del tomo 356 de Vega
     Baja, sección IV de Bayamón.

**DESCRIPCIÓN:**

**URBANA:** Propiedad Horizontal: Apartamento #301 del Condominio
Chalets de la Playa Oeste, situado en el kilómetro 10.3 de la
Carretera Estatal #686, Barrio Puerto Nuevo del municipio de
Vega Baja, Puerto Rico. Este apartamento está construido en
hormigón reforzado. Tiene 3 niveles con su puerta de entrada por
el lindero Oeste, y por ella se accesa al área común general del
condominio. Este apartamento tiene un área total de **1,402.78
pies cuadrados, equivalentes a 130.37 metros cuadrados.**
Linderos: En el primer nivel del apartamento (tercer piso del
edificio) por el **NORTE**, en una distancia de 25'11'',
equivalentes a 7.90 metros lineales, con área común general del
condominio; por el **SUR**, en una distancia de 25'11'' equivalentes
a 7.90 metros lineales, con área común general del condominio y
con el apartamento #302; por el **ESTE**, en una distancia de
32'2'', equivalentes a 9.81 metros lineales, con el apartamento
#312 y por el **OESTE**, en una distancia de 32'2'', equivalentes a
9.81 metros lineales, con área común general del condominio,
entre la que se encuentra el área de ubicación de la puerta de
entrada al apartamento y con el apartamento #302.

Los linderos en el segundo nivel del apartamento (cuarto piso
del edificio) son: Por el **NORTE**, en una distancia de 25'11'',
equivalentes a 7.90 metros lineales, con área común general del
condominio; por el **SUR**, en una distancia de 25'11'',
equivalentes a 7.90 metros lineales, con el apartamento #302 y
con área común general del condominio; por el **ESTE**, en una
distancia de 36'8'', equivalentes a 11.18 metros lineales, con
el apartamento #312 y por el **OESTE**, en una distancia de 36'2'',
equivalentes a 11.02 metros lineales, con el apartamento #302 y
con área común general del condominio. Este segundo nivel se
comunica con el primero a base de una escalera interior del
apartamento.

Los linderos del tercer nivel del apartamento (quinto piso del
edificio) son: Por el **NORTE**, en una distancia de 13'6'',
equivalentes a 4.12 metros lineales, con un área común de uso
limitado del apartamento #301 y delimitada en su lindero por un
pared; por el **SUR**, en una distancia de 13'6'', equivalentes a
4.12 metros lineales, con el apartamento #302; por el **ESTE**, en
una distancia de 6'4'', equivalentes a 1.93 metros lineales con
área común general del condominio y por el **OESTE**, en una
distancia de 6'4'', equivalentes a 1.93 metros lineales, con un
área común del uso limitado del apartamento #301 y delimitada en
su lindero por una pared. Este tercer nivel se comunica con el
segundo a base de una escalera interior del apartamento. Este
apartamento consta de sala-comedor, balcón, cocina con área de
lavandería, un cuarto master de dos closets, dos cuartos
adicionales con closets y dos y medio baños, escalera interior y
un área en la azotea del edificio la cual es un elemento común
de uso limitado del apartamento #301, la cual está delimitada
por un pared, según surge de los planos del condominio.

A este apartamento le corresponde el uso de un espacio de
estacionamiento para dos automóviles, uno detrás del otro,
identificado con el #301 en el área de estacionamiento
localizada al Norte del edificio #28 del condominio.

A este apartamento le corresponde una participación de 0.4289%
en los elementos comunes del condominio.

**TRACTO REGISTRAL:**

Se separa de la finca #26,366, inscrita al folio 3 del tomo 349
de Vega Baja.

ESTUDIOS DE TÍTULO
SEGUROS DE TÍTULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 761-3012 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
Limitad a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PÁGINA #2
FINCA #26,559

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 761-3012 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
Limitad a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**DOMINIO:**

La finca consta inscrita a favor de ÁNGEL DAVID DELGADO SAN
MIGUEL y su esposa SALLY DE GRACIA MARTÍNEZ, quienes adquieren
por compra que hicieran a Chalets de la Playa, Inc., por el
precio de $197,000.00, según consta de la escritura #132,
otorgada en San Juan, el 30 de marzo de 2001, ante la Notario
Irmarie Rivera Miranda, inscrito al folio 132 del tomo 356 de
Vega Baja, finca #26,559, inscripción 1ra.

**GRAVÁMENES:**

I.    Afecta por su procedencia a:

      Servidumbres
      Condiciones Restrictivas

II.   Afecta por sí a:

1.    **HIPOTECA:** Constituida por Ángel David Delgado San Miguel y
      Sally De Gracia Martínez, en garantía de un pagaré a favor
      de Banco Bilbao Vizcaya Argentaria Puerto Rico, o a su
      orden, por la suma de $243,000.00, intereses al 6% anual y
      a vencer el 1 de julio del año 2035, según consta de la
      escritura #119, otorgada en San Juan, el 30 de junio de
      2005, ante el Notario José García Noya, inscrito al folio
      64 del tomo 437 de Vega Baja, finca #26,559, inscripción
      2da. y última.

2.    Ampliación de hipoteca que resulta de la inscripción 2da.,
      en la suma de $13,932.34, para un nuevo principal de
      $256,932.34 y venciendo el 1 de abril de 2051. Los pagos
      de principal e intereses serán calculados a base del
      principal de $228,674.58, según se detalla a continuación:
      Comenzando el 1 de mayo de 2011 hasta el 1 de abril de
      2014, al 3.50% calculado por un periodo de amortización
      temporera de 720 meses, efectivos durante un término de 36
      meses con pagos mensuales de principal e interés de
      $814.85. Posteriormente comenzando el 1 de mayo de 2014
      hasta su fecha de vencimiento; al 6% por un periodo de
      amortización de 444 meses, con pagos mensuales de principal
      de $1,266.19. La nueva fecha de vencimiento será el 1 de
      abril de 2051, fecha en la cual los deudores obligan a
      pagar la cantidad residual, sin intereses, $28,257.76, por
      concepto de interés, recargos y otros cargos sin pagar a la
      fecha de efectividad de esta transacción, según consta del
      escritura #68, otorgada en San Juan, el 31 de marzo de
      2011, ante Luis Y. Rodríguez San Miguel, inscrito al folio
      64 del tomo 437 de Vega Baja, finca #26,559, inscripción
      3ra.

**REVISADOS:**

Registros de Embargos, Sentencias, Contribuciones Federales y
Cuaderno de Bitácora Electrónica, el día 21 de enero de 2014.

**NOTA: Esta sección tiene establecido un Sistema de Bitácora
Electrónica. No nos hacemos responsables por errores y/u
omisiones que cometa el empleado del Registro, en la entrada y
búsqueda de datos en el mismo.**



*EAGLE TITLE AND OTHER SERVICES*, INC.

Firma Autorizada

tm/jt
ih/jt

Results as of : Jan-28-2014 12:25:43 PM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>DELGADO SAN MIGUEL</u>

First Name: <u>ANGEL</u>

Middle Name: <u>D</u>

Active Duty Status As Of: <u>Jan-28-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350