**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**ANGEL D DELGADO SAN MIGUEL**<br>**aka ANGEL DAVID DELGADO SAN MIGUEL**<br><br>**xxx–xx–0012**<br><br>Debtor(s) | Case No. **13–06624 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/12/18 |

***ORDER***

The motion filed by Debtor requesting entry of order and writ for cancellation of judicial lien (docket #88) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, October 12, 2018 .

Mildred Caban Flores
United States Bankruptcy Judge