IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL D DELGADO SAN MIGUEL

xx-xx-0012

Debtor(s)

CASE NO. 13-06624-MCF13
Chapter 13

FILED & ENTERED ON OCT/23/2018

WRIT OF CANCELLATION OF LIEN

TO THE HONORABLE PROPERTY REGISTRAR,
BAYAMON PROPERTY REGISTRY
FOURTH SECTION:

WHEREAS, the Honorable Mildred Caban Flores has issued an order in this case dated October 12, 2018, which literally reads as follows:

Upon consideration of Debtor's "Motion Requesting Order and Writ for Cancellation of Judicial Lien", the Registrar of the Property of Bayamon, Section IV, is hereby ORDERED to cancel the below listed lien which encumbers the following property:

"URBANA: Solar radicado en la Urbanización Estancias de Tortuguero, localizado en el Barrio Algarrobo del término municipal de Vega Baja, Puerto Rico, que se describe en el plano de inscripción de la urbanización con el número, área y colindancias que se relacionan a continuación: Solar número 2 del bloque "B", área del Solar 1,338.38 metros cuadrados. En lindes por el NORTE, con el Lote número 1 en una distancia de 50.60 metros; por el SUR, con el Lote número 3 en una distancia de 56.07 metros; por el ESTE con la Calle número 1, en una distancia de 25.00 metros y por el OESTE con los lotes números 3 y 2 del Bloque "C", en una distancia de 25.29 metros.

Contiene un estructura de concreto a ser destinada a vivienda"

The above described property is registered at the Vega Baja volume 314, sheet #81, Property #25,419 at the Property Registry of Bayamon, Section IV.

The above described property is subject to the following lien and encumbrance which is hereby ordered to be cancelled:

"Al asiento 372 del diario 281, el dia 11 de febrero de 2013, se presenta Embargo de fecha 10 de octubre de 2012, seguido en el Tribunal de Primera Instancia de Puerto Rico, Sala de Bayamon, en el Caso Civil numero DCD2009-1926, por Associates International Holdings, por la suma de $72,698.09"

IT IS SO ORDERED that a Writ of Cancellation be issued by the Clerk of this Court, whereby the Registrar of the Property for the Fourth Section of Bayamon shall be instructed to cancel the above described lien, which encumbers the property described herein.

SO ORDERED.

In San Juan, Puerto Rico, this 12 day of October, 2018.

(Signed)
Mildred Caban Flores
U.S. Bankruptcy Judge

WHEREFORE, by the way of the present Writ of Cancellation of Lien, you, as Registrar of the Property of Bayamon, Section IV, and in compliance with the order copied above, are hereby ORDERED to proceed with the cancellation of the lien described in the above transcribed order which encumbers the property described in it.

IN TESTIMONY OF WHICH, I issue the present writ under my signature and the Seal of this Court.

In San Juan, Puerto Rico, this 22nd day of October, 2018.



María de los Angeles González, Esq.
CLERK OF COURT